IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.  CIVIL NO. 11-416 WPL/CG

MARK HOPKINS; SHARON HOPKINS;
HOUSE OF ROYALE, INC.; SHALOM
ENTERPRISES, INC.; VICKI L. ASHCRAFT and
SUSAN G. SHADIX as trustees for GRACE
TRUST; ADVANCED ELECTRONICS; STATE
OF NEW MEXICO REVENUE DEPARTMENT
BAYVIEW LOAN SERVICING, LLC.

Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the *United States' Response to Order to Show Cause*, (Doc. 24). This Court entered an order to show cause on October 20, 2011, because Plaintiff had neglected to serve two defendants within the 120 days allowed under FED. R. CIV. P. 4(m) and because Plaintiff had failed to prosecute its case against two defendants whose answers were overdue. (*Id.*). Plaintiff has since moved to dismiss all claims against the two defendants who were never served and has moved for a clerk's entry of default against the two defendants who have not filed answers. (Doc. 22; Doc. 23).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 21), is **QUASHED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE