IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          No. 11-cv-0416 JB/SMV

MARK HOPKINS, et al.,

    Defendants.

## ORDER DENYING AS MOOT MARK HOPKINS' MOTION TO COMPEL

THIS MATTER is before the Court on Defendant Mark Hopkins' Motion to Compel Discovery Re: Unresolved Discovery Compliance Issues Relating to OSC Hearing and Interrogatories 7–19 [Doc. 157] ("Motion"), filed on January 25, 2013. Mr. Hopkins submitted interrogatories to the United States, and now requests that the Court compel the United States to amend its answers to some of those interrogatories. Motion [Doc. 157] at 6. Because summary judgment was granted in favor of Plaintiff United States, Memorandum Opinion and Order [Doc. 164] at 2–3, the Court finds that the Motion is moot and should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Mr. Hopkins' Motion to Compel Discovery Re: Unresolved Discovery Compliance Issues Relating to OSC Hearing and Interrogatories 7–19 [Doc. 157] is **DENIED as moot**.

**IT IS SO ORDERED**.

                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**